```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION


JERRY ODOM                                           PLAINTIFF


      v.           No. 2:13-CV-02240-RTD


CAROLYN W. COLVIN, Commissioner
Social Security Administration                       DEFENDANT
```

### JUDGMENT

On this 22nd day of December, 2014, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412.  ECF Nos. 15, 16.  On November 24, 2014, a Report and Recommendation was filed by the Honorable James R. Marschewski.  ECF No. 18.  Fourteen days have passed without objection.  The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $4,158.90.

IT IS SO ORDERED.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge
